# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Third Degree Films, Inc

                    Plaintiff,

v.                                   Case No.: 1:11−cv−05372

                                   Honorable Ronald A. Guzman

Doe 605

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 17, 2011:

      MINUTE entry before Honorable Ronald A. Guzman: It is hereby ordered that the above−entitled case is a duplicate filing of case number 11 CV 5281 and is therefore to remain a closed case. Any pending motions or schedules are stricken as moot. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.